UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
FEB 15 2017


CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD RED TOMAHAWK,<br><br>　　　　Defendant. | CR 17-30016<br><br>INDICTMENT<br><br>INFLUENCING A FEDERAL OFFICER BY THREAT and ASSAULTING, RESISTING, AND IMPEDING A FEDERAL OFFICER<br><br>18 U.S.C. §§ 111(a), 115(a)(1)(B), and 115(b)(4) |

The Grand Jury charges:

### COUNT I

On or about the 25th day of September, 2016, in Todd County, in the District of South Dakota, Ronald Red Tomahawk did threaten to murder Officer Richard Kumley, while Officer Richard Kumley was a law enforcement officer employed by the Rosebud Sioux Tribe, pursuant to a contract of the Rosebud Sioux Tribe with the United States Department of Interior, Bureau of Indian Affairs, granting authority under 25 U.S.C. § 2804 to perform law enforcement functions, with intent to impede, intimidate, and interfere with Officer Richard Kumley, and while Officer Richard Kumley was engaged in the performance of his official duties, in violation of 18 U.S.C. §§ 115(a)(1)(B), and 115(b)(4).

### COUNT II

On or about the 25th day of September, 2016, in Todd County, in the District of South Dakota, Ronald Red Tomahawk did forcibly assault, resist,

oppose, impede, intimidate, and interfere with Officer Richard Kumley, while Officer Richard Kumley was a law enforcement officer employed by the Rosebud Sioux Tribe, pursuant to a contract of the Rosebud Sioux Tribe with the United States Department of Interior, Bureau of Indian Affairs, granting authority under 25 U.S.C. § 2804 to perform law enforcement functions, and while Officer Richard Kumley was engaged in the performance of his official duties, and said conduct did involve physical contact with said officer, in violation of 18 U.S.C. § 111(a).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By: _____